IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY CLAYTON                                                                           PLAINTIFF

v.                                              Civil No. 6:19-cv-06050

CORPORAL JONES, Garland County Detention Center ("GCDC");
DEPUTY FOX, GCDC; DEPUTY GUTHREY, GCDC; CAPTAIN
CARGROVE, GCDC; NURSES JANE AND JOHN DOE; E. RUTLEDGE, GCDC;
LIEUTENANT R. SIVERS, GCDC; WARDEN N. JOHNSON, Omega Unit;
WARDEN E.M. SWELLER, Omega Unit; and MS. JACKSON, Commissary
Supervisor, Omega Unit                                                              DEFENDANTS

## ORDER

Larry Clayton, currently an inmate in the Omega Unit of the Arkansas Department of Correction ("ADC"), filed his Complaint *pro se* pursuant to 42 U.S.C. § 1983 on April 25, 2019. (ECF No. 1). Before the Court is Plaintiff's failure to pay the $350.00 filing fee.

On May 3, 2019, this Court entered an order directing Plaintiff to pay the filing fee of $350.00 by May 24, 2019, because the three strikes rule barred Plaintiff from proceeding *in forma pauperis*. (ECF No. 5). The order stated that failure to pay the full filing fee by the Court's imposed deadline would result in this case being dismissed for failure to prosecute. To date, Plaintiff has not paid the filing fee.

Accordingly, this case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g). The Clerk is DIRECTED to place a § 1915(g) case flag on this case. The Court CERITIFIES, pursuant to 28 U.S.C. §1915(a)(3), that an IFP appeal would not be taken in good faith.

**IT IS SO ORDERED** this 29th day of May 2019.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE